UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:23-cr-267-KDB-3 |
| v. ) | |
| ) | **FACTUAL BASIS** |
| (3) BRANDANE SMITH ) | |
| ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. *From as early as May 2023 through and including December 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant, Brandane Smith, did knowingly and willfully combine, conspire, confederate and agree with Deuntria Lamar Lyons, Alzaah Wade and others to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951.*

2. *Throughout 2023 a series of jewelry store robberies occurred in the southeastern United States where masked men armed with handguns used sledgehammers to break open display cases and steal watches and diamonds. These robberies were planned and coordinated by Smith, Wade, Lyons and others in the conspiracy.*

3. During the period of the conspiracy, Smith communicated with Wade and Lyons by phone. Lyons was a prison inmate serving a life sentence for the duration of the conspiracy, but would communicate with Smith using a contraband phone.

4. Smith would receive messages from Lyons of proposed robbery targets, would participate in the planning, would conduct physical reconnaissance of proposed targets, and would assist in securing personnel, tools, or transportation for the robberies.

5. Smith participated in the planning of Finks Jewelry Store, a retail business engaged in interstate commerce, located in Huntersville, North Carolina withing the Western District of North Carolina.

6. Smith intended to travel to Huntersville to participate in the robbery of the Finks Jewelry store on July 11, 2023. However, Smith was late for the departure and his accomplices travelled from Georgia to North Carolina without Smith.

RUSS FERGUSON
UNITED STATES ATTORNEY

TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

Kelly Marie Sullivan, Esq., Attorney for Defendant

DATED: 6/17/25

2